UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC WEBER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-11220** |
| **ACLU ET AL.** | **SECTION: "S" (5)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and objection to the Magistrate Judge's Report and Recommendation, hereby overrules the objections and approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice as frivolous under 20 U.S.C. § 1915(e)(2)(B)(I).

New Orleans, Louisiana, this 5th day of February, 2007.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE